"1. Did the Appellate Court properly conclude that valid delivery of an inter vivos gift was effected by the plaintiff's father to the plaintiff?

"2. Did the Appellate Court properly determine that the plaintiff was the intended third party beneficiary of any alleged contract entered into between the plaintiff's father and the defendant?"

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18160.

*Thomas J. Sansone*, in support of the petition.

Decided May 28, 2008

---

### STATE OF CONNECTICUT *v.* JORDI KERR

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 413 (AC 26818), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided May 28, 2008

---

### STATE OF CONNECTICUT *v.* DAVID C. WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 85 (AC 27407), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Adam E. Mattei,* special deputy assistant state's attorney, in opposition.

Decided May 28, 2008

### STATE OF CONNECTICUT *v.* SEAN RAMIREZ

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 51 (AC 27707), is granted, limited to the following issue:

"Did the Appellate Court properly determine that a verdict of guilty of assault in the second degree is not inconsistent with a verdict of not guilty of carrying a dangerous weapon?"

The Supreme Court docket number is SC 18159.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Kathryn Ward Bare,* deputy assistant state's attorney, in opposition.

Decided May 28, 2008

### KEITH CARPENTER *v.* COMMISSIONER OF CORRECTION

The petitioner Keith Carpenter's petition for certification for appeal from the Appellate Court, 107 Conn. App. 902 (AC 27844), is denied.

*Kevin E. Deghani,* special public defender, in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided May 28, 2008